THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTONIO CELLINI, Appellant.

(Argued February 10, 1932; decided March 3, 1932.)

*Henry Hirschberg* for appellant.

*Franklin A. Schriver, District Attorney (Samuel W. Eager* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.